F. Shawn Azizollahi (SBN 268116)
shawn@marqueelaw.com
Gary S. Brotman (State Bar No. 287726)
gary@marqueelaw.com
MARQUEE LAW GROUP, A Professional Corporation
9100 Wilshire Boulevard, Suite 445 East Tower
Beverly Hills, California 90212
(310) 275-1844 Phone •(310) 275-1801 fax

Attorney for Plaintiff
Gregory Weston

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WESTON, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>FAIRLIFE, LLC, a Delaware corporation;<br>JEFF LOBUS, an individual; and DOES 1<br>through 50, inclusive,<br><br>        Defendants. | Case No.: 3:22-cv-03281-LB<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>Further CMC: May 11, 2023<br>Time: 9:30 a.m. |

The Parties are pleased to report that they have agreed upon a settlement of this matter in all respects, including each of Plaintiff's claims brought against all Defendants in the operative pleading. The parties are currently preparing a written settlement agreement. Shortly thereafter, the parties will be filing a request for dismissal with prejudice. In the meantime, the Parties request that the Court continue the Further Case Management Conference for thirty (30) days, to June 15, 2023.

MARQUEE LAW GROUP, A.P.C.

Date: May 4, 2023

F. Shawn Azizollahi
Gary S. Brotman
Attorneys for Plaintiff Gregory Weston

SHUMAKER, LOOP & KENDRICK, LLP.

Date: May 4, 2023

Scot Hinshaw (Pro Hac Vice)
Rebecca Shope (Pro Hac Vice)
Attorneys for Defendants Fairlife, LLC and
Jeff Lobus

IT IS SO ORDERED.

Date: _____

_____
UNITED STATES MAGISTRATE JUDGE

-2-